SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

GARTH HIRE (CASBN 187330)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone:  (415) 436-6960
    Facsimile:  (415) 436-6982
    E-mail:     Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                         )<br>      Plaintiff,  )<br>                         )<br>  v.                     )<br>                         )<br>JOSE CARLOS BATRIZ,  )<br>                         )<br>      Defendant.  )<br>_____) | No. CR 06-00189 SBA<br><br>STIPULATION TO SCHEDULE<br>HEARING FOR CHANGE OF PLEA AND<br>SENTENCING;  ORDER EXCLUDING<br>TIME |

       Plaintiff, by and through its attorney of record, and defendant, by and through his

attorney of record, hereby stipulate and ask the Court to find as follows:

       1.      The government and defendant have reached a negotiated disposition in which

defendant would plead guilty to an information pursuant to a binding plea agreement.

       2.      Accordingly, the parties hereby submit the proposed plea agreement, submitted

under separate cover for the Court's consideration pursuant to Federal Rule of Criminal

Procedure 11(c)(1)(C).  The parties further stipulate and request that the Court find and order the

following:

            (a)     That the parties have submitted a plea agreement for the Court's

consideration pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), and that a hearing for

change of plea and imposition of judgment and sentence be scheduled for 10:00 a.m. on

1

September 11, 2007; and that the time period from June 19, 2007, through September 11, 2007, is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).

IT IS SO STIPULATED.

DATE: June 6, 2007                                 Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/[1]_____
GARTH HIRE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATE: June 6, 2007                              _____/s/_____
MARY McNAMARA, ESQ.

Counsel for Jose Carlos Batriz

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

A hearing for change of plea and imposition of judgment and sentence is hereby scheduled for 10:00 a.m. on September 11, 2007.  Time is excluded for purposes of the Speedy Trial Act from June 19, 2007, through the hearing date of September 11, 2007, pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal

///
///
///
///

---

[1]   I hereby attest that I have on file all the holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

1  Rule of Criminal Procedure 11(c)(1)(C).  The United States Probation Office is ordered to

2  prepare a Presentence Report for defendant.

3

4  DATED:  6/18/07                                    _____

5                                                     HONORABLE SAUNDRA BROWN ARMSTRONG
                                                       UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28