Mary McNamara, SBN 147131
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for JOSE BATRIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>    vs.<br><br>JOSE BATRIZ,<br><br>                        Defendant. | Case No. CR 06-00189 SBA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING ON SUPERVISED RELEASE VIOLATION ALLEGED IN FORM 12** |

     Defendant Jose Batriz, by and through Mary McNamara, and the United States, by and through Assistant United States Attorney Garth Hire, hereby stipulate and agree as follows:

     1)     An initial appearance on a one count supervised release revocation matter currently is scheduled for hearing before this Court at 9:00 a.m. on June 22, 2010.

     2)     The parties and the United States Probation Officer have met and conferred as to a proposed resolution of the matter and have reached a joint recommendation that they wish to present to the Court. In order to permit time for the Probation Officer to prepare a report to the

/ / /

1

1  Court, the parties jointly request that the initial appearance be continued from June 22, 1010 to
2  July 13, 2010 and that the matter be heard on the Court's criminal calendar at 2:00 p.m. on that
3  date.

5  IT IS SO STIPULATED.

7  Dated: June 21, 2010                               /s/
                                                  Mary McNamara
8                                                 SWANSON & McNAMARA LLP
                                                  Attorneys for JOSE BATRIZ

10 Dated: June 21, 2010                               /s/
                                                  Garth Hire
                                                  Assistant United States Attorney

13                              **ORDER**

14        PURSUANT TO STIPULATION, IT IS SO ORDERED.

15 Dated: 6/21/10                           _Saundra B Armstrong_
                                            Hon. Saundra Brown Armstrong
16                                          United States District Judge

**Stip. and Order Continuing Hearing**
*United States v. Batriz*, CR 06-00189 SBA          2