Mary McNamara, SBN 147131
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for JOSE BATRIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>      vs.<br><br>JOSE BATRIZ,<br><br>                        Defendant. | Case No. CR 06-00189 SBA<br><br>**STIPULATION TO CONTINUE STATUS HEARING ON SUPERVISED RELEASE VIOLATION ALLEGED IN FORM 12** |

     Defendant Jose Batriz, by and through Mary McNamara, and the United States, by and through Assistant United States Attorney Garth Hire, hereby stipulate and agree as follows:

     1)    A status hearing on a one count supervised release violation matter currently is scheduled for hearing before this Court at 2:00 p.m. on July 13, 2010.

     2)    The parties and the United States Probation Officer have met and conferred as to a proposed resolution of the matter and have reached a joint recommendation that they wish to present to the Court. The United Sates Probation Officer assigned to this matter is currently out of the district. In order to permit time for the Probation Officer to prepare the necessary

/ / /

1

paperwork to submit to the Court, the parties jointly request that the appearance be continued from July 13, 2010 to September 7, 2010 and that the matter be heard on the Court's criminal calendar at 9:00 a.m. on that date.

IT IS SO STIPULATED.

Dated: July 9, 2010

/s/
Mary McNamara
SWANSON & McNAMARA LLP
Attorneys for JOSE BATRIZ

Dated: July 9, 2010

/s/
Garth Hire
Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/12/10

*Saundra B Armstrong*
Hon. Saundra Brown Armstrong
United States District Judge

**Stip. and Order Continuing Hearing**
*United States v. Batriz*, CR 06-00189 SBA          2