MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:    (510) 637-3723
    Facsimile:    (510) 637-3724
    E-mail:    Garth.Hire@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | No. CR 06-00189 SBA |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR CONTINUANCE OF HEARING DATE |
| v. | |
| JOSE CARLOS BATRIZ, | Current Hearing Date:    November 19, 2013<br>Proposed Hearing Date:    December 3, 2013 |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Garth Hire, and defendant Jose Carlos Batriz (BATRIZ), by and through his respective counsel of record, Mary McNamara, hereby stipulate as follows:

    1.    On October 22, 2013, the United States Probation Office (USPO) filed a Petition for Summons for Offender Under Federal Supervision (Form 12) alleging that BATRIZ violated the terms and conditions of his federal supervised release.

2. BATRIZ made his initial appearance on this Form 12 on October 29, 2013, before the Honorable Donna M. Ryu, United States Magistrate Judge, at which time BATRIZ was arraigned on the Form 12 and the matter was put over to November 19, 2013, before the Honorable Kandis A. Westmore, United States Magistrate Judge, for attorney appointment and bail review.  Currently, counsel for the government and the defendant are in discussions with the USPO as to the appropriate conditions of release for BATRIZ and require additional time in order to evaluate BATRIZ and determine what conditions are appropriate and whether agreement can be reached as to those conditions.

3. Accordingly, the parties and the USPO jointly stipulate and respectfully request that this matter be continued to Tuesday, December 3, 2013, for further status conference, attorney appointment, and bail review.  USPO Darnell Hammock concurs with this request.

IT IS SO STIPULATED.

Dated: November 18, 2013

MELINDA HAAG
United States Attorney

  /S/
GARTH HIRE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

 /S/  *per telephone authorization on 11/18/2013*          11/18/2013
MARY McNAMARA                                              Date
Attorney for Defendant
Jose Carlos Batriz

2

**[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN:

The hearing in this matter for attorney appointment and bail review is continued from 9:30 a.m. on November 19, 2013, to 9:30 a.m. on Tuesday, December 3, 2013, before the Honorable Kandis A. Westmore.

IT IS SO ORDERED.

11/18/13
DATE

*Kandis Westmore*
HONORABLE KANDIS A. WESTMORE
UNITED STATES DISTRICT JUDGE

3