Mary McNamara, SBN 159859
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant JOSE CARLOS BATRIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JOSE CARLOS BATRIZ,<br><br>　　　　　　Defendant. | Case No. CR 06-0189 SBA (KAW)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR IMMEDIATE RELEASE TO**<br>**HALFWAY HOUSE** |

　　　Defendant Jose Carlos Batriz and the United States of America hereby stipulate and agree as follows:

　　　1)　　On April 7, 2016, the parties made for an initial appearance on a supervised release violation, pursuant to a Form 12 filed on November 19, 2015. An appearance before Hon. Saundra B. Armstrong was set for May 11, 2016.

　　　2)　　The parties agreed that it would be appropriate for Mr. Batriz to reside in a residential reentry center pending the May 11 appearance. Accordingly, Mr. Batriz waived a

detention hearing and was remanded into custody pending placement in a halfway house. *See* Minute Order (Docket 600).

    3)    On April 8, 2016, Judge Armstrong modified Mr. Batriz's conditions of supervised release to require him to reside in a halfway house for up to six months. *See* Docket 602.

    4)    A space has now become available at the residential reentry center in San Francisco. Accordingly, the parties hereby agree that Mr. Batriz should be released from custody immediately, in order to report to GeoCare at 111 Taylor Street in San Francisco.

    5)    Undersigned counsel has conferred with probation officer Alton Dural, who has no objection to this request.

IT IS SO STIPULATED.

Dated: April 26, 2016

/s/
August Gugelmann
SWANSON & McNAMARA LLP
Attorneys for JOSE BATRIZ

Dated: April 26, 2016

/s/
Garth Hire
Assistant United States Attorney

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Defendant Jose Batriz shall be released from the custody of the U.S. Marshal to the halfway house forthwith.

Dated: 4/26/16

Hon. Kandis A. Westmore
United States Magistrate Court

2
**Stipulation and [Proposed] Order for Immediate Release**
*United States v. Batriz*, CR 06-0189 SBA (KAW)